**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RASSOUL "PAUL" SATTERFIELD,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 24-484** |
| **PHILADELPHIA DISTRICT** | : | |
| **ATTORNEY'S OFFICE, et al.,** | : | |
| | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this 7th day of May, 2026, upon consideration of Defendant Philadelphia District Attorney's Office's Motion for Judgment on the Pleadings (ECF No. 72), Defendant Michael Fenerty, as Administrator of the Estate of Detective William Thomas's Motion to Dismiss (ECF No. 81), Plaintiff's responses thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant Philadelphia District Attorney's Office's Motion for Judgment on the Pleadings (ECF No. 72) is **GRANTED**.

2. Count III of the First Amended Complaint is **DISMISSED WITH PREJUDICE** as against the Philadelphia District Attorney's Office.

3. Defendant Michael Fenerty, as Administrator of the Estate of Detective William Thomas's Motion to Dismiss (ECF No. 81) is **GRANTED**.

4.  Counts I and IV of the First Amended Complaint are **DISMISSED WITH PREJUDICE** as against Defendant Michael Fenerty, as Administrator of the Estate of Detective William Thomas.

5.  Count II remains dismissed pursuant to this Court's prior Order. (ECF No. 52).

6.  The case shall proceed solely on the remaining claims against the Estate of Detective Floyd Gallo.

BY THE COURT:

_____

Hon. Mia R. Perez